KAREN M. GOODMAN, SBN: 117423
SUMMER D. HARO, SBN: 245482
CRAIG HENDERSON, SBN: 194953
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Telephone No:  (916) 643-0600
Facsimile No:   (916) 643-0605
kgoodman@goodman-law.com
suharo@goodman-law.com

Attorney for Plaintiff David Smith

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and Does 1 through 10 inclusive,<br><br>　　　　　Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | Case No.: 2:08-cv-01049-LKK-KJM<br><br>**STIPULATION AND ORDER TO PARTICIPATE IN VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>Dept.:  Courtroom 4<br>Judge:  Honorable Lawrence K. Karlton<br><br>Complaint filed: April 14, 2008<br>Trial Date: March 16, 2010 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to United States District Court, Eastern District of California's Local Rule 16-271, Plaintiff David Smith, Defendants Wells Fargo Bank, N.A. (sued herein as Wells Fargo, N.A.), Chase Mortgage Credit Group, Inc., La Jolla Lending & Real Estate, Inc., Paul Bakhtiar aka Pooyan Bakhtiar, and West American Escrow, Inc., stipulate and request that this matter be ordered to the Court's Voluntary Dispute Resolution Program, to be completed by **April 30, 2009**, and that the Court's VDRP Administrator provide the parties with a list of three (3) potential Neutrals from the Court's Panel of

PDF created with pdfFactory trial version www.pdffactory.com

Neutrals.

Dated: 2/2/09

By: /s/
Karen M. Goodman (SBN: 117423),
Summer D. Haro (SBN: 245482), or
Craig Henderson (SBN: 194953)
GOODMAN & ASSOCIATES,
Attorneys for Plaintiff
DAVID SMITH
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Phone: (916) 643-0600

Dated: 2/2/09

By: /s/
Michael J. Steiner (SBN: 112079) or
Joshua E. Whitehair (SBN: 244900)
SEVERSON & WERSON,
Attorneys for Defendant
WELLS FARGO BANK, N.A.
(erroneously sued herein as WELLS
FARGO, N.A.)
SEVERSON & WERSON, A
Professional Corporation,
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: (415) 398-3344

Dated: 1/17/09

By: /s/
Dale F. Hardeman (SBN 190167)
Attorney for Defendants
CHASE MORTGAGE CREDIT GROUP,
INC., LA JOLLA LENDING & REAL
ESTATE, INC., POOYAN BAKHTIAR
aka PAUL BAKHTIAR, and WEST
AMERICAN ESCROW,
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Phone: (949) 753-2854

**IT IS SO ORDERED**

Dated: February 10, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com