MICHAEL J. STEINER (State Bar No. 112079)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mjs@severson.com
jew@severson.com

Attorneys for Defendant
WELLS FARGO BANK, N.A. (sued herein
as WELLS FARGO, N.A.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and DOES 1 through 10 inclusive,<br><br>　　　　Defendant. | Case No.: 2:08-cv-01049-LKK-KJM<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE CROSSCLAIM** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that defendant Wells Fargo Bank, N.A. may file a Crossclaim against defendants Chase Mortgage Credit Group, La Jolla Lending & Real Estate, Inc., Paul Bakhtiar, Pooyan Bakhtiar and West American Escrow, Inc.. A copy of the Crossclaim is attached hereto.

IT IS FURTHER STIPULATED that the parties waive notice and service of the Crossclaim.

PDF created with pdfFactory trial version www.pdffactory.com

This stipulation shall not affect any dates set by the Court and is without prejudice to the rights, claims, defenses and arguments of all parties.

DATED: February 23, 2009    GOODMAN & ASSOCIATES

By: */s/ Summer D. Haro*
      Summer D. Haro

Attorneys for Plaintiff
DAVID SMITH

DATED: February 19, 2009    DALE F. HARDEMAN

By: */s/ Dale F. Hardeman*
      Dale F. Hardeman

Attorneys for Defendants
CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., POOYAN (PAUL) BAKHTIAR, and WEST AMERICAN ESCROW, INC

DATED: February 19, 2009    SEVERSON & WERSON
A Professional Corporation

By: */s/ Joshua E. Whitehair*
      Joshua E. Whitehair

Attorneys for Defendant
WELLS FARGO BANK, N.A. (sued herein as WELLS FARGO FARGO, N.A.)

Pursuant to the stipulation and good cause appearing, IT IS SO ORDERED.

DATED: March 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com