KAREN M. GOODMAN, SBN: 117423
SUMMER D. HARO, SBN: 245482
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Telephone No: (916) 643-0600
Facsimile No: (916) 643-0605
kgoodman@goodman-law.com
suharo@goodman-law.com

Attorney for Plaintiff David Smith

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br>CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and Does 1 through 10 inclusive,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | Case No.: 2:08-cv-01049-LKK-KJM<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR COMPLETION OF VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>Dept.: Courtroom 4<br>Judge: Honorable Lawrence K. Karlton<br><br>Complaint filed: April 14, 2008<br>Trial Date: March 16, 2010 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

　　Pursuant to United States District Court, Eastern District of California's Local Rule 16-271, Plaintiff David Smith, Defendants Wells Fargo Bank, N.A. (sued herein as Wells Fargo, N.A.), Chase Mortgage Credit Group, Inc., La Jolla Lending & Real Estate, Inc., Paul Bakhtiar aka Pooyan Bakhtiar, and West American Escrow, Inc., stipulate and request that the proposed deadline for completing the Court's Voluntary Dispute Resolution Program, be extended from **April 30, 2009**, to **May 31, 2009**, due to scheduling conflicts among the parties and the Neutral. The parties and the Neutral

PDF created with pdfFactory trial version www.pdffactory.com

have scheduled their Voluntary Dispute Resolution Program to take place in May 2009, the first mutually agreeable date for the parties and the Neutral.

Dated: April 16, 2009 By: //s// Summer D. Haro
Karen M. Goodman (SBN: 117423) or
Summer D. Haro (SBN: 245482)
GOODMAN & ASSOCIATES,
Attorneys for Plaintiff
DAVID SMITH
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Phone: (916) 643-0600

Dated: April 17, 2009 By: //s// Joshua E. Whitehair
Michael J. Steiner (SBN: 112079) or
Joshua E. Whitehair (SBN: 244900)
SEVERSON & WERSON,
Attorneys for Defendant
WELLS FARGO BANK, N.A.
(erroneously sued herein as WELLS FARGO, N.A.)
SEVERSON & WERSON, A Professional Corporation,
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: (415) 398-3344

Dated: April 17, 2009 By: //s// Dale F. Hardeman
Dale F. Hardeman (SBN: 190167)
Attorney for Defendants
CHASE MORTGAGE CREDIT GROUP, INC., LA JOLLA LENDING & REAL ESTATE, INC., POOYAN BAKHTIAR aka PAUL BAKHTIAR, and WEST AMERICAN ESCROW,
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Phone: (949) 753-2854

**IT IS SO ORDERED**

DATED: April 22, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation to Participate in VDRP    Page - 2    Smith v. Chase Mortgage, et al.
Case No: 2:08-cv-01049-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com