UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SMITH,

        Plaintiff,

   v.

CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and DOES 1 through 10, inclusive,

        Defendants.
_____/
AND RELATED COUNTERCLAIMS
_____/

NO. CIV. S-08-1049 LKK/KJM

O R D E R

    The court is in receipt of counsel for Chase Mortgage Credit Group, Inc., West American Escrow, La Jolla Lending & Real Estate, Inc., and Pooyan Bakhtiar's April 18, 2009 motion to withdraw as counsel. The court held a hearing on May 18, 2009 and no party appeared to oppose the withdrawal.

    Accordingly, the court GRANTS counsel's motion to withdraw. Counsel is ORDERED to release all client papers and property to

1

client within ten (10) days of the date of this order, including correspondences, pleadings, deposition transcripts, exhibits, physical evidence, expert reports, and other items reasonably necessary to the client's representation, whether the client has paid for them or not, in accordance with Rule 3-700(D) of the California Rules of Professional Conduct.

Defendant Pooyan Bakhtiar shall represent himself *pro se* and shall notify the court if he obtain substitution counsel, in accordance with Local Rule 83-182. Defendants Chase Mortgage Credit Group, Inc., West American Escrow, and La Jolla Lending & Real Estate, Inc., as corporations cannot represent themselves *in propria persona*. See <u>Laskowitz v. Shellenberger</u>, 107 F. Supp. 397 (C.D. Cal. 1952); <u>see also</u> Local Rule 83-183(a). Those defendants shall notify the court within forty-five (45) days of the association of replacement counsel in accordance with Local Rule 83-182.

A status conference is hereby SET for August 24, 2009 at 10:30 AM.

IT IS SO ORDERED.

DATED: May 20, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2