KAREN M. GOODMAN, SBN: 117423
SUMMER D. HARO, SBN: 245482
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Telephone No:  (916) 643-0600
Facsimile No:    (916) 643-0605
kgoodman@goodman-law.com
suharo@goodman-law.com

Attorney for Plaintiff David Smith

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and Does 1 through 10 inclusive,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | Case No.: 2:08-cv-01049-LKK-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE MSJ FROM JUNE 29, 2009 TO AUGUST 3, 2009**<br><br>Date:　June 29, 2009<br>Time:　10:00 a.m.<br>Dept.:　Courtroom 4<br>Judge:　Honorable Lawrence K. Karlton<br><br>Complaint filed:  April 14, 2008<br>Trial Date:  March 16, 2010 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

　　　　Plaintiff David Smith and Defendant Wells Fargo Bank, N.A. (sued herein as Wells Fargo, N.A.) stipulate and request that the MSJ currently scheduled to be heard on June 29, 2009 be continued to August 3, 2009 at 10:00 a.m. in Department 4, with the reply and opposition dates to be due accordingly.  The request for the continuance is due to the scheduling difficulties for the deposition of the PMK at La Jolla Lending & Real Estate, which needs to take place prior to the MSJ.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: June 11, 2009 | By: //s// Summer D. Haro<br>Karen M. Goodman (SBN: 117423) or<br>Summer D. Haro (SBN: 245482)<br>GOODMAN & ASSOCIATES,<br>Attorneys for Plaintiff<br>DAVID SMITH<br>GOODMAN & ASSOCIATES<br>3840 Watt Avenue – Bldg. A<br>Sacramento, CA 95821-2640<br>Phone: (916) 643-0600 |
| Dated: June 11, 2009 | By: //s// Michael J. Steiner<br>Michael J. Steiner (SBN: 112079) or<br>Joshua E. Whitehair (SBN: 244900)<br>SEVERSON & WERSON,<br>Attorneys for Defendant<br>WELLS FARGO BANK, N.A.<br>(erroneously sued herein as WELLS FARGO, N.A.)<br>SEVERSON & WERSON, A<br>Professional Corporation,<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Phone: (415) 398-3344 |

**IT IS SO ORDERED**

DATED:   June 12, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com