UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SMITH,

        Plaintiff,

    v.

CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and DOES 1 through 10, inclusive,

        Defendants.
_____/
AND RELATED COUNTERCLAIMS
_____/

NO. CIV. S-08-1049 LKK/KJM

O R D E R

    Pending before the court is plaintiff's motion for summary judgment, currently set to be heard on August 3, 2009. Due to court congestion, the hearing is CONTINUED to August 31, 2009 at 10:00 AM. The briefing schedule remains as set forth in the June 12, 2009 Stipulation and Order.

    IT IS SO ORDERED.

    DATED: July 8, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT