UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SMITH,

        NO. CIV. S-08-1049 LKK/KJM

    Plaintiff,

  v.

CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and DOES 1 through 10, inclusive,

    O R D E R

    Defendants.
_____/
AND RELATED COUNTERCLAIMS
_____/

    On April 18, 2009, Dale Hardeman, counsel for defendants Chase Mortgage Credit Group, Inc., West American Escrow, La Jolla Lending & Real Estate, Inc., and Pooyan Bakhtiar, moved to withdraw as counsel for West American Escrow only. The court granted the motion on May 21, 2009 but due to an error granted the withdrawal as to all of the above-named defendants.

    In the May 21, 2009 order, the court also set a status

1

1  conference for August 24, 2009. Mr. Hardeman did not appear at the
2  conference. Moreover, in the May 21, 2009 order, the court directed
3  West American Escrow to notify the court within forty-five days of
4  the date of the order of the association of replacement counsel,
5  in accordance with Local Rule 83-182. As of today's date, West
6  American Escrow has not done so.
7      Accordingly, the court ORDERS as follows:
8  1.  The court's May 21, 2009 order is AMENDED so as to grant
9      the motion to withdraw as to defendant West American
10     Escrow only. All remaining provisions of the order
11     remain unaltered.
12 2.  Mr. Hardeman is ORDERED TO SHOW CAUSE as to why
13     sanctions should not issue for his failure to appear at
14     the August 24, 2009 status conference. He SHALL file his
15     response not later than ten (10) days from the date of
16     this order. If his failure to appear was due to his
17     belief that he no longer represented defendants Chase
18     Mortgage Credit Group, Inc., La Jolla Lending & Real
19     Estate, Inc., and Pooyan Bakhtiar, he SHALL file a
20     motion to withdraw as counsel for those defendants not
21     later than ten (10) days from the date of this order,
22     noticed to be heard in accordance with Local Rule 78-
23     230.
24 3.  Mr. Hardeman SHALL promptly file a proof of service of
25     this order and his subsequent response on West American
26     Escrow.

2

4.  West American Escrow SHALL notify the court within twenty days of the date of services of this order of the association of replacement counsel, for the reasons set forth in the court's May 21, 2009 order.

IT IS SO ORDERED.

DATED: August 26, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT