UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SMITH,

          NO. CIV. S-08-1049 LKK/KJM

    Plaintiff,

  v.

CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and DOES 1 through 10, inclusive,

          O R D E R

    Defendants.
                        /
AND RELATED COUNTERCLAIMS
                                 /

    Pending before the court is a motion to withdraw by Dale Hardeman, counsel for various defendants in this suit.  The court does not find oral argument necessary in this matter.  Accordingly, the hearing on this matter currently set for October 13, 2009 is VACATED.

    IT IS SO ORDERED.

    DATED:  October 7, 2009.

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT