UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SMITH,

           Plaintiff,

    v.

CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and DOES 1 through 10, inclusive,

           Defendants.
_____/
AND RELATED COUNTERCLAIMS
_____/

NO. CIV. S-08-1049 LKK/KJM

O R D E R

On October 15, 2009, the court granted Dale Hardeman's motion to withdraw as counsel for various defendants, and stayed this case for sixty days. This stay abuts the date for the pretrial conference in this case, currently scheduled for December 14, 2009. Accordingly the court AMENDS the scheduling order as follows:

    1.    The pretrial conference date is CONTINUED to February 1, 2010 at 1:30 p.m.

1

1  2.   The jury trial is estimated for seven days, and is
2      CONTINUED to May 4, 2010 at 10:30 a.m.
3  IT IS SO ORDERED.
4  DATED: October 19, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2