KAREN M. GOODMAN, SBN: 117423
VIRGINIA ROGERS, SBN: 258557
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Telephone No:  (916) 643-0600
Facsimile No:   (916) 643-0605

Attorney for Plaintiff David Smith

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH, <br><br>       Plaintiff, <br><br>   vs. <br><br> CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and Does 1 through 10 inclusive, <br><br>       Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 2:08-cv-01049-LKK-KJM <br><br> **ORDER ENTERING DEFAULT OF DEFENDANT CHASE MORTGAGE CREDIT GROUP, INC.** |

On December 29, 2009, this matter came before the Court upon Plaintiff David Smith's Ex Parte Application and Memorandum for Order Entering Default of Defendant Chase Mortgage Credit Group, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

With good cause appearing by affidavit and other evidence:

IT IS SO ORDERED that Plaintiff David Smith's Ex Parte Application and Memorandum for Order Entering Default of Defendant Chase Mortgage Credit Group, Inc. is **GRANTED**, and the clerk of the court shall enter the default of Defendant Chase

[Proposed] Order Entering
Default of Defendant Chase
Mortgage Credit Group, Inc.

1

Smith v. Chase, et al.
Case No:2:08-CV-01049-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com

Mortgage Credit Group, Inc.

**IT IS SO ORDERED**

DATED:   February 1, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com