| | |
|---|---|
| 1 | KAREN M. GOODMAN (State Bar No. 117423)<br>SUMMER D. HARO (State Bar No. 245482) |
| 2 | GOODMAN & ASSOCIATES<br>3840 Watt Avenue – Bldg. A |
| 3 | Sacramento, CA 95821-2640<br>Telephone: (916) 643-0600 |
| 4 | Facsimile: (916)643-0605 |
| 5 | Attorneys for Plaintiff<br>DAVID SMITH |
| 6 | |
| 7 | MICHAEL J. STEINER (State Bar No. 112079)<br>JOSHUA E. WHITEHAIR (State Bar No. 244900) |
| 8 | SEVERSON & WERSON<br>A Professional Corporation |
| 9 | One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |
| 10 | Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439 |
| 11 | |
| 12 | Attorneys for Defendant<br>WELLS FARGO BANK, N.A. (sued herein |
| 13 | as WELLS FARGO, N.A.) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH, | Case No.: 2:08-cv-01049-LKK-KJN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and DOES 1 through 10 inclusive, | |
| Defendants. | |

07725/0090/779220.2

Stipulation and Proposed Order of Dismissal
Case No. 2:08-cv-01049-LKK-KJN

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff David Smith ("Plaintiff") brought this action against defendants Chase Mortgage Credit Group ("Chase"), La Jolla Lending & Real Estate, Inc. ("La Jolla"), Pooyan, a.k.a. "Paul" Bakhtiar ("Bakhtiar"), West American Escrow, Inc. ("West American") and Wells Fargo Bank, N.A. ("Wells Fargo").

Defendants Chase, La Jolla, Bakhtiar and West American filed an answer to the complaint. Wells Fargo also filed an answer and a counterclaim against Plaintiff for declaratory and/or equitable relief. In addition, Wells Fargo filed a crossclaim against Chase, La Jolla, Bakhtiar and West American for indemnity, contribution and declaratory relief.

By Order of October 5, 2009, the Court granted Plaintiff's ex parte application for entry of default against West American. On October 15, 2009, the Court granted attorney Dale Hardeman's motion to withdraw as counsel for Chase, La Jolla and Bakhtiar. Chase and La Jolla were advised that a corporation could only appear by attorney and ordered to inform the Court within 60 days of the name of their counsel. As of the date of this writing, no such notification has been received by Plaintiff or Wells Fargo. Defendant Bakhtiar is representing himself pro se.

Pursuant to Local Rule 160, Plaintiff, Wells Fargo and Bakhtiar hereby give notice that a settlement has been reached that fully resolves Plaintiff's claims against Wells Fargo and Bakhtiar and Wells Fargo's counterclaim against Plaintiff.

Due to the default of West American, the failure of Chase and La Jolla to obtain counsel, Plaintiff, Wells Fargo and Bakhtiar are not able to obtain their signatures for a stipulation of dismissal per Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Nevertheless, Plaintiff, Wells Fargo and Bakhtiar stipulate, and respectfully request that the Court enter an order, that Plaintiff's claims against Wells Fargo be dismissed with prejudice, that Wells Fargo's counterclaim against Plaintiff be dismissed with prejudice and that Wells Fargo's cross claims be dismissed against West American, Chase, La Jolla and Bakhtiar without prejudice.

IT IS SO STIPULATED.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: February 10, 2010 | | GOODMAN & ASSOCIATES |
| | | By: ___*/s/ Karen M. Goodman*___<br>        Karen M. Goodman |
| | | Attorneys for Plaintiff<br>DAVID SMITH |
| DATED: February 10, 2010 | | SEVERSON & WERSON<br>A Professional Corporation |
| | | By: ___*/s/ Michael J. Steiner*___<br>        Michael J. Steiner |
| | | Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |
| DATED: February 10, 2010 | | |
| | | By: ___/s/ *Pooyan Baktiar*___<br>        Pooyan Bakhtiar |

## **ORDER**

Pursuant to the Stipulation of Plaintiff, Wells Fargo and Bakhtiar, and good cause appearing, this action is hereby dismissed with prejudice as to Plaintiff's claims against Wells Fargo. Wells Fargo's counterclaim against Plaintiff is dismissed with prejudice. Wells Fargo's cross claims against defendants West American, Chase, La Jolla, and Bakhtiar are dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 16, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

on all interested parties in said case addressed as follows:

Paul Bakhtiar
168 Dewart Place
Las Vegas NV 89144
*In Pro Per*


Pooyan Bakhtiar
168 Dewart Place
Las Vegas NV 89144
*In Pro Per*

✗ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on February 10, 2010.

/s/ *Marilyn C. Li*
Marilyn C. Li

PDF created with pdfFactory trial version www.pdffactory.com