IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SMITH,

      Plaintiff,                    No. 2:08-cv-01049 LKK KJN

     v.                              <u>ORDER</u>

CHASE MORGAN CREDIT GROUP, et al.

      Defendants.

_____/

      The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: April 2, 2010

                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

1