UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SMITH,

          Plaintiff,

    v.

CHASE MORTGAGE CREDIT GROUP, LA JOLLA LENDING & REAL ESTATE, INC., PAUL BAKHTIAR, POOYAN BAKHTIAR, WELLS FARGO, N.A., WEST AMERICAN ESCROW, INC., and DOES 1 through 10, inclusive,

          Defendants.
_____/
AND RELATED COUNTERCLAIMS
_____/

NO. CIV. S-08-1049 LKK/GGH

O R D E R

    It appears to the court that all issues in the above-captioned case has been resolved. Accordingly, the court ORDERS as follows:

        [1] The clerk of the court is directed to CLOSE the case.

        [2] If any party wishes to re-open the case, it SHALL file a motion to do so within thirty (30) days of the issuance of this order.

1

1    IT IS SO ORDERED.

2    DATED: September 30, 2011.

3

4                              /s/ Lawrence K. Karlton
                               LAWRENCE K. KARLTON
5                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
6

2